```
 1  Steven M. Lawrence – Bar #150861
    ALVARADO & ASSOCIATES, LLP
 2  1 Mac Arthur Place, Suite 210
    Santa Ana, CA 92707
 3  (714) 327-4400 / (714) 327-4499 fax
    157-46258-2
 4

 5  Attorneys for Objecting Party, CHASE HOME FINANCE, LLC AS SERVICING AGENT TO
    JPMC SPECIALTY MORTGAGE LLC
 6
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| In re | Case No. 10-42931 |
|---|---|
| CELESTINO JURADO PASION, | (Chapter 13) |
| Debtor. | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| CHASE HOME FINANCE, LLC AS SERVICING AGENT TO JPMC SPECIALTY MORTGAGE LLC, | **341(a) Hearing:**<br>Date:  May 20, 2010<br>Time:  3:00 p.m.<br>Place:  Oakland U.S. Trustee Office |
| Objecting Party, | |
| vs. | |
| CELESTINO JURADO PASION, Debtor; and MARTHA G. BRONITSKY, Chapter 13 Trustee, | |
| Respondents. | |

**TO THE HONORABLE LESLIE J. TCHAIKOVSKY, THE DEBTOR, CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

CHASE HOME FINANCE, LLC AS SERVICING AGENT TO JPMC SPECIALTY MORTGAGE LLC, (hereinafter "Objecting Party"), hereby objects to the confirmation of the Debtor's Chapter 13 Plan, inter alia, and requests dismissal of the above-captioned Chapter 13 Bankruptcy on the following grounds:

1   On March 18, 2010, CELESTINO JURADO PASION (hereinafter referred to as "Debtor")
2 filed a Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court,
3 Northern District of California, Case No. 10-42931.
4   MARTHA G. BRONITSKY was appointed Trustee, has duly qualified, and is now acting in
5 that capacity.
7 amount of $450,000.00 ("Loan") to MADELYN PASION AND CELESTINO PASION, Wife and
8 Husband, as joint tenants ("Borrowers"). In exchange for the Loan, the Borrowers executed and
9 delivered a note in the original principal amount of $450,000.00 ("Note") to ARGENT
10 MORTGAGE COMPANY, LLC. As additional consideration, and as security for repayment of the
11 Loan, Borrowers made, executed, and delivered to ARGENT MORTGAGE COMPANY, LLC, as
12 beneficiary, a Deed of Trust ("Deed") dated July 26, 2004. True and correct copies of the Note and
13 Deed are attached hereto as Exhibits "1" and "2" and incorporated herein by reference.
14   The Note and the Deed were subsequently assigned to Movant. A true and correct copy of
15 the recorded Corporate Assignment of Deed of Trust is attached hereto as Exhibit "3" and is
16 incorporated herein by reference.
17   The Deed encumbers the property commonly known **32901 ALVARADO NILES ROAD,**
18 **UNION CITY, CA 94587** ("Property").
19   On March 17, 2009, Movant caused a Notice of Default to be recorded against the subject
20 property with the Official Records of Alameda County, State of California. The Notice of Trustee's
21 Sale was recorded on June 24, 2009 and the initial sale was scheduled July 14, 2009, but was
22 postponed.
23   **This is the Second (2nd) Chapter 13 Bankruptcy Petition filed affecting the Property to**
24 **prevent Objecting Party from proceeding with its foreclosure action.**
25   On September 16, 2009, CELESTINIO JURADO PASION filed the **first (1st)** Chapter 13
26 Bankruptcy Petition affecting the Property. Said filing was assigned case number 09-48682 and
27 was dismissed on October 7, 2009.
28   On March 18, 2010, CELESTINO JURADO PASION filed the **second (2nd)** Chapter 13
Bankruptcy Petition affecting the Property. Said filing was assigned case number 10-42931.

-2-

Objecting Party alleges that rehabilitation through Chapter 13 is not feasible. Debtor's proposed Plan fails to provide for repayment of pre-petition arrearages owed to Objecting Party. Approximate pre-petition arrearages are $65,120.19. Objecting Party objects to any Plan which fails to provide for the repayment of the entire sum owed.

WHEREFORE, Objecting Party prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;

2. That the instant case be dismissed under 11 U.S.C. § 109(g) and/or with a 180-day bar to re-filing;

3. In the alternative, in the event confirmation is not denied, nor the case dismissed, the Plan should be amended based upon inter alia the objections raised herein;

4. For attorney's fees and costs incurred herein; and

5. For such other relief as this Court deems proper.

Dated: April 16, 2010        ALVARADO & ASSOCIATES, LLP


By  /s/Steven M. Lawrence
Steven M. Lawrence, Attorneys for Objecting Party,
CHASE HOME FINANCE, LLC AS SERVICING
AGENT TO JPMC SPECIALTY MORTGAGE LLC