LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372

Attorneys for Moving Party
TITANIUM PARTNERS, LLC,
a Nevada limited liability company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 10-42931 |
|---|---|
| CELESTINO JURADO PASION, | Chapter 13 |
| | MH-01 |
| Debtor. | **MOTION TO LIFT AUTOMATIC STAY- 11 U.S.C. SECTION 362(d) and CO-DEBTOR STAY-11 U.S.C. SECTION 1301(c)** |
| | Date: April 30, 2010 |
| | Time: 11:00 a.m. |

TITANIUM PARTNERS, LLC, a Nevada limited liability company, hereby moves for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d), to allow Titanium Partners to execute the Temporary Writ of Restitution against debtor Celestino Jurado Pasion and Madelyn Pasion and as to that certain real property located at 6624 Black Oaks Street, Las Vegas, Nevada, which Writ Titanium Partners obtained in its Verified Complaint for Unlawful Detainer and Declaratory Relief against the Pasions in Nevada state court. TITANIUM PARTNERS, LLC also moves for an order declaring that the co-debtor stay of 11 U.S.C. Section 1301(a) did not arise on filing of the petition herein, or that such stay is lifted for cause pursuant to 11 U.S.C. Section 1301(c) as to Madelyn Pasion.

The Motion is made on the grounds that the property located at 6624 Black Oaks Street, Las Vegas, Nevada, is not property of the estate, that debtor has no interest in the property, and that cause exists to lift the stay pursuant to 362(d). The Motion is made on the further grounds that any "consumer debt" that Madelyn Pasion may have been liable on was extinguished on the

sale of the property at issue, such that no "co-debtor stay" arose on filing of the petition. The Motion is made on the alternative grounds that cause exists to lift any such stay pursuant to Section 1307(c) because the Chapter 13 plan filed by debtor does not propose to pay any claim with respect to the property.

The motion will be based on this Notice of Hearing, the accompanying Motion, the Memorandum of Points and Authorities, the Declaration of Miriam Hiser, the Declaration of J. Andrew Coons, the argument to be presented at the hearing, and such other matters as may properly come before the court.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 4001-1, you are advised to appear personally or by counsel at the hearing. Failure to file an opposition or to appear at the hearing may be deemed by the Court to be consent to the granting of the Motion.

Dated: April 19, 2010.                    LAW OFFICES OF MIRIAM HISER

By:_____/s/_____
    Miriam Hiser
Attorneys for Moving Party
TITANIUM PARTNERS, LLC, a Nevada limited liability company