# EXHIBIT 1

☑ **Trustee Sale**   ○ **Sale of Collateral**   ○ **Trustor Payment**

| ASAP NO. | T.S. NO. | | DATE |
|---|---|---|---|
| 32249316 | 20090030827 | | 1/4/09 |
| TRUSTEE | ATTN | | TRUSTEE'S PHONE # |
| Recon Trust | Claudia Borja | | (805) 281-8219 |
| TRUSTEE'S ADDRESS | | | |
| 1800 Tapo Canyon Rd, MC: CA6-914-01-95 | | | |
| CITY | | STATE | ZIP |
| Simi Valley | | CA | 93063 |

**RECEIPT OF FUNDS**

### FUNDS

| CHECK(S) | DRAWN AT | AMOUNT |
|---|---|---|
| 1. 0055007900 | Wells Fargo | $ 100,000.00 |
| 0055007885 | " | 50,000.00 |
| 2. 0055007885 | " | $ 20,000.00 |
| 3. 0055007886 | " | 20,000.00 |
| 0055034575 | " | $ |
| 4. 0055034575 | " | 5,000.00 |
| 0055034579 | " | $ 1,000.00 |
| 5. | " | $ |
| 0055034580 | " | 1,000.00 |
| | CASH RECEIVED | $ |
| | | Ø |

SEE PAGE 2 FOR MORE IF
MORE THAN 5 CHECKS

**TOTAL RECEIVED =** $ 197,000.00

6624 Black Oaks St., North Las Vegas, NV 87084

| AMOUNT OF TOTAL BID | $ 196,201.00 | FROM ABOVE ENTER TOTAL RECEIVED | $ 197,000.00 |
|---|---|---|---|
| ADD DOCUMENT TAX & FEES | $ Ø | SUBTRACT TOTAL REQUIRED | $ 196,201.00 |
| **TOTAL REQUIRED =** | $ 196,201.00 | **TOTAL REFUND =** | $ 799.00 |

### REFUND

| NAME | | PHONE # |
|---|---|---|
| Equisource, LLC | | |
| ADDRESS | | |
| | Same as below | |
| CITY | STATE | ZIP |

MAKE CHECK PAYABLE TO
Equisource LLC → Titanium Partners LLC

### BUYERS INFORMATION

| REPRESENTATIVE'S NAME | REP'S PHONE # |
|---|---|
| Andrew Jolley | (702) 240-0977 |
| BUYER'S NAME | BUYER'S PHONE # |
| Titanium Partners LLC | NV1600316290947 |
| ADDRESS | DRIVERS LIC./PASSPORT # |
| 2863 St. Rose Parkway | |

| CITY | STATE | ZIP |
|---|---|---|
| Henderson | NV | 89052 |

**VESTING - RECORD TITLE AS SHOWN**
Titanium Partners LLC

Mail Unrecorded Trustee's Deed to: ANE N ABOVE

Vestee Relationship (Buyer, Buyers Agent) Buyer Agent

### CHECKLIST

You must complete. If **NO** to any question, you **must** contact the office

- ● Are all checks endorsed? — Ⓨ N
- ● Do you have all signatures? — Ⓨ N
- ● Do you have Buyer's Name, Address, & Phone no.? — Ⓨ N
- ● Is the Refund Party the same as the Buyer? — Y Ⓝ

### DISCLAIMER

Buyer's signature below indicates that the above information is true and correct. **IMPORTANT NOTE:** Buyer or Buyer's Agent understands and agrees the sale of this property is on an "AS IS" basis, with no warranties express or implied.

Signature of Buyer or Buyer's Agent

Signature of Agent
Zoelth

WHITE-TRUSTEE     CANARY-BUYER     PINK-FILE

| | | | | | | |
|---|---|---|---|---|---|---|
| Parcel # | 124-21-710-005 | Address | 6624 BLACK OAKS ST | | | |
| | | PropCity | NO LAS VEGAS | | Zip Cd | 89084-2047 |
| TN-RG-SE | 19- 61.0- 21 | Tax Dist | NORTH LAS VEGAS CITY | | ReAssd | 2009 |
| Tot Value | $101,351 | Land Use | 1100000001/SFR | | Update | 12/14/09 |
| GEO Id | PT N2 SE4 19-61.0-21 | | | | Status | |

### ASSESSOR DESCRIPTION

| | | | | | | |
|---|---|---|---|---|---|---|
| File-Page | PB 0114-0043 | Subdivision | / ELDORADO R1-70 #9 TM #19R | | | |
| Assr Lot | 107 | Block | Phase | | Bldg | Unit |
| Assr Apt | | Parcel | Area | | Tract | Outlot |
| Assr Desc | ELDORADO R1-70 #9 TM #19R PLAT BOOK 114 PAGE 43 | | | | | |
| | LOT 107 | | | | | |

### OWNER & DOC INFORMATION

| | | ETAL | DOC DATE | DOC NUMBER | DV | MUL |
|---|---|---|---|---|---|---|
| Owner Name | PASION MADELYN & CELESTINO | N | 07/15/05 | 2005071504392 | | 0 |
| 2nd Owner | | | 03/08/02 | 2002030801983 | N | 0 |
| Address (S) | 6624/ BLACK OAKS/ ST | | | | | |
| City | NO LAS VEGAS | State NV | | Zip Code | 89084- 2047 | |
| Prev Owner | PARDEE HOMES NEVADA | | | | | |
| Own Phone | | | | Tenant Phone | | |

### LAND & BUILDING INFORMATION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Land Value | $12250 | | | | | Nuisance | | |
| FrontxDpth | | | | | | | | |
| Acres | 0.21 | Irregular | | Adq Parking | | Str Lights | | |
| Lot SqFt | 9148 | Undrg Utl | | Rec Area | | Curb Gutr | | |
| Topography | | Pvt Paved | | Sidewalks | | Traffic | | |
| Schools | | View | | | | Landscaping | | |
| Shopping | | | | Metro Map | 24- F2 | Area | 103 | |
| Impr Value | $89,101 | Act Yr Blt | 2005 | Carpet | 80 % | Tot Rooms | 11 | |
| Type Style | 2 STORY | Eff Yr Blt | 2005 | Ceramic Tl | | Bedrooms | 5 | |
| Architect | | Cost Class | | Vinyl Tile | 20 % | Bathrooms | 4.50 | |
| Ext Wall | FRM STUCCO | Units | 1 | Hardwood | | Family Rms | 2 | |
| Roof Matrl | CONC TILE | Home Auto | | Centrl Vac | Y | Format Din | Y | |
| Flooring | CONC | Security | N | El Refrig | N | Fireplaces | 1 | |
| Heat System | FORCE AIR | Intercom | Y | El Micro | Y | Garbg Disp | | |
| Air Cond | CENT COOL | Range Fan | | Trash Cmpt | N | Dishwasher | | |
| Centrl Air | | Range Oven | | | | | | |

### PROPERTY SUB-AREAS SQ FT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LivingArea | 3546 | First Flr | 1919 | Porch 1 | 40 | Garage | 909 | |
| Building 1 | 4455 | Second Flr | 1627 | Porch 2 | | Carport | | |
| Total Bldg | 4455 | Abv Second | | Porch 3 | | Storage | | |
| Pool (N) | | Basement F | | Paving 1 | 1/850 | Deck | | |
| Fence | | Basement U | | Paving 2 | | | | |

### EXTRA FEATURE INFORMATION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pool Heatr | N | Tennis Cts | | Prch/Patio | 6 | Sprinklrl | MINI | |
| Jacuz/Sepl | N | Ins Lights | N | Prch Cover | 5 | SprinklrR | | |
| Deck | NONE | Tns Fence | N | Prch Deck | 1 | Other | | |
| Fence | | Uth | | | | | | |

### SALES & LOAN INFORMATION

| | PRICE | DATE | TYPE | | PCT OWN | DT |
|---|---|---|---|---|---|---|
| MLS Sale | | | | | | |
| County 1 | $626,824 | 07/01/05 | R/RECORDED VALUE | | | |
| County 2 | | | | | | |
| County 3 | | | | | | |

| | | LOAN AMOUNT | LENDER | TYPE | INT | TITLE |
|---|---|---|---|---|---|---|
| | | $500000 | 0261 | C | | 0240 |

| | TOTAL TAX | TOTAL ASSD | IMPRV | LAND | PERS PROP | YEAR | EXEMPTION |
|---|---|---|---|---|---|---|---|
| Curr | $3400.83 | $101,351 | $89,101 | $12,250 | | 2010 | |
| Prev | $4269.52 | $147,277 | $93,027 | $54,250 | | 2009 | |
| T Rate | 3.3555 | Tot SA Bal | | | PP Codes | | |
| Delinq | | Transfer/R | | | Deeded/R | | |

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED                    01/04/10        07:43 AM

Case: 10-42931   Doc# 17-3   Filed: 04/20/10   Entered: 04/20/10 12:27:50   Page 4 of 22

Inst #: 201002020004004
Fees: $16.00 N/C Fee: $0.00
RPTT: $1002.15 Ex: #
02/02/2010 04:23:39 PM
Receipt #: 217973
Requestor:
NATIONAL TITLE COMPANY
Recorded By: LEX  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL TO:
TITANIUM PARTNERS
2467 PROSPERITY
IRVINE CA 92614

Forward Tax Statements to Address listed above

TS No. 09-0070827

Title Order No. 090363939NVGTI
124-21-710-005

APN# 124-21-710-005

66224  BLACK OAKS   TRUSTEE'S DEED UPON SALE NEVADA

The amount of the unpaid debt was $ 557,659.98

The amount paid by the Grantee was $ 196,201.00

The property is in the city of NORTH LAS VEGAS, County of CLARK.

The documentary transfer tax is $ ___1002.15___   The Grantee herein was not the beneficiary.

RECONTRUST COMPANY, N.A., as the duly appointed Trustee, under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:  TITANIUM PARTNERS LLC, herein called Grantee, the following described real property situated in CLARK County, Nevada.

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by MADELYN PASION AND CELESTINO PASION, as Trustor, recorded on 07/15/2005, Instrument Number 0004393 (or Book 20050715, Page ) Official Records in the Office of the County Recorder of CLARK County.   All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, and the mailing, posting, and publication of the Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 01/04/2010. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 196,201.00.

DATED: January 11, 2010

RECONTRUST COMPANY, N.A., Successor Trustee

BY: _____

Stephen Ginos ~~Assistant Secretary~~

State of: Texas
County of: Dallas

On JAN 11 2010 before me _____
Shameca L. Harrison , personally appeared
through ~~Stephen Ginos Assistant Secretary~~, know to me (or proved to me on the oath of _____ or
acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Witness my hand and official seal.

_____
Notary Public's Signature

SHAMECA L HARRISON
My Commission Expires
August 13, 2012



EXHIBIT A

REF. NO.: 09-0070827

LOT ONE HUNDRED SEVEN (107) OF ELDORADO R1-70 NO. 9 TM NO. 19R, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 114 OF PLATS, PAGE 43, AND AS AMENDED BY CERTIFICATE OF AMENDMENT RECORDED FEBRUARY 4, 2004 IN BOOK 20040204 AS DOCUMENT NO. 02946, OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

# EXHIBIT 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## J. CHARLES COONS, ESQ.
Attorney at Law
NV Bar: 10553 ♦ US Patent Bar: 61509

# THREE (3) DAY NOTICE TO QUIT

FOR FAILURE TO VACATE PROPERTY PURSUANT TO N.R.S. 40.2516
AND TRESPASSING PURSUANT TO N.R.S. 207.200

TO:     **CELESTINO & MADELYN**       **FROM:**     **TITANIUM PARTNERS, LLC**
        **PASION and any Occupants**                         30967 Steeplechase Dr.
        6624 Black Oaks St.                               San Juan Capistrano, CA 92675
        North Las Vegas, NV 89084

**Date of Service:** _1/25/2010_

        NOTICE IS HEREBY GIVEN on behalf of the Owners, Titanium Partners, LLC, that YOU and all occupants, are **Trespassing** upon private property pursuant to NRS 207.200.

        YOU and all occupants are required to surrender the premises to Titanium Partners, LLC before noon (12:00 pm) of the third (3rd) day after the service of this Notice to Quit.

        YOU ARE HEREBY advised of your right to contest this Notice to Quit by filing, within three (3) days, an affidavit with the North Las Vegas Justice Court (2428 N. Martin Luther King Boulevard, Building A, North Las Vegas, NV 89032) that you are not trespassing nor in default. A copy of the affidavit must be delivered to the Attorney named below.

        Upon noncompliance with this Notice, the Owners (Titanium Partners, LLC) or their Agents, may apply by affidavit to the Justice of the Peace of North Las Vegas for an Order directing the Sheriff or Constable of the County to remove YOU and all occupants within twenty-four (24) hours after receipt of the Order.

        This is intended as a THREE (3) DAY NOTICE to surrender the premises, pursuant to NRS 40.2516 and NRS 40.253.

Dated January _25_, 2010.         By:     /s/J. Charles Coons

                                                    **J. Charles Coons, Esq.**
                                                    *Attorney for the Owner*
                                                    8444 Sweet Gale Ct.
                                                    Las Vegas, NV 89178
                                                    (702) 335-4999

8444 Sweet Gale Ct. Las Vegas, NV 89178 ♦ (702) 335-4999 ♦ jcoons@gmail.com

# J. CHARLES COONS, ESQ.

Attorney at Law
NV Bar: 10553 ● US Patent Bar: 61509

# AFFIDAVIT OF SERVICE

On **JANUARY 26, 2010**, I served the above THREE-DAY NOTICE TO QUIT at the following time **7 : 05**  AM / PM and in the following manner.

_____ By delivering a copy to the tenant(s) personally, in the presence of a witness

_____ Because the tenant(s) were absent from their place of residence or from their usual place of business, by leaving a copy with _____, a person of suitable age and discretion, at either place and mailing a copy to the tenant(s) at their place of residence or place of business

**X** Because the place of residence or business could not be ascertained, or a person of suitable age or discretion could not be found there, by posting a copy in a conspicuous place on the property, delivering a copy to a person there residing, if the person could be found, and mailing a copy to the tenant(s) at the place where the property is situated

_ANDREW COONS_
Server Name (Print)

_____
Server Signature

$45.00
Fees paid for service

**7:05  1/26/2010**
Time and date for service

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE NOTICE WAS PROVIDED ON THE DATE AND IN THE MANNER LISTED ABOVE.

_Quintin R. Stivers_
Witness Name (Print)

OR

_____
Tenant Signature

_Quintin R. Stivers_
Witness Signature

UNITED STATES
POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: J. CHARLES LOONS ESQ.
8444 SWEET GALE CT.
LAS VEGAS, NV 89178

To: MAISLEE A. RYAN, ESQ.
LAW OFFICES OF MAISLEE A. RYAN, LLC.
6130 ELTON AVE.
LAS VEGAS, NV 89107

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE
PAID
LAS VEGAS, NV
89134
JAN 22, '10
AMOUNT
$1.15
0005473600-04

UNITED STATES
POSTAL SERVICE

1000

---

UNITED STATES
POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: ANDREW LOONS    J. CHARLES LOONS, ESQ.
8444 SWEET GALE CT.
LAS VEGAS, NV 89178

To: CHRISTINA & MADELYN PASSON
4424 BLACK OAKS ST.
NORTH LAS VEGAS, NV
89084

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE
PAID
LAS VEGAS, NV
89134
JAN 22, '10
AMOUNT
$1.15
0005473600-04

UNITED STATES
POSTAL SERVICE

1000

# EXHIBIT 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# FIVE (5) DAY UNLAWFUL DETAINER NOTICE

FOR FAILURE TO VACATE PROPERTY PURSUANT TO N.R.S. 40.2516
AND TRESPASSING PURSUANT TO N.R.S. 207.200

TO:     **CELESTINO & MADELYN**          FROM:     **TITANIUM PARTNERS, LLC**
      **PASION and any Occupants**          30967 Steeplechase Dr.
      6624 Black Oaks St.          San Juan Capistrano, CA 92675
      North Las Vegas, NV 89084

**Date of Service:**  _1/29/2010_

    NOTICE IS HEREBY GIVEN on behalf of the Owners, Titanium Partners, LLC, that YOU and all occupants, are **Trespassing** upon private property pursuant to NRS 207.200.

    As the previous owners of the above described property, you are hereby required to quit the premises. Failure to quit the premises within five (5) days after service of this notice will result in legal action against you for "Unlawful Detainer of Property", and you may be liable for attorney's fees and costs.

    YOUR failure to quit the premises, or your failure to contest this notice, will result in the new owner of the property applying to the Justice of the Peace for the North Las Vegas Township for an Eviction Order. The Justice of the Peace may thereupon issue an order directing the Constable to remove you within twenty-four (24) hours of the receipt of the Eviction Order.

    YOU and all occupants are required to surrender the premises to Titanium Partners, LLC before noon (12:00 pm) of the fifth (5th) day after the service of this UNLAWFUL DETAINER NOTICE.

    YOU ARE HEREBY advised of your right to contest this UNLAWFUL DETAINER NOTICE by filing, within five (5) days, an affidavit with the North Las Vegas Justice Court (2428 N. Martin Luther King Boulevard, Building A, North Las Vegas, NV 89032) that you are not guilty of an unlawful detainer. A copy of the affidavit must be delivered to the Attorney named below. Upon noncompliance with this Notice, the Owners (Titanium Partners, LLC) or their Agents, may apply by affidavit to the Justice of the Peace of North Las Vegas for an Eviction Order directing the Sheriff or Constable of the County to remove YOU and all occupants within twenty-four (24) hours after receipt of the Eviction Order. This is intended as a FIVE (5) DAY NOTICE to surrender the premises, pursuant to NRS 40.2516 and NRS 40.253.

Dated January _29_, 2010.          By:     /s/J. Charles Coons

                                         **J. Charles Coons, Esq.**
                                         *Attorney for the Owner*
                                         8444 Sweet Gale Ct.
                                         Las Vegas, NV 89178

# J. CHARLES COONS, ESQ.

Attorney at Law
NV Bar: 10553 ♦ US Patent Bar: 61509

# AFFIDAVIT OF SERVICE

On January __29__, 2010, I served the above FIVE-DAY UNLAWFUL DETAINER NOTICE at the following time __8__ : __15__ AM / PM and in the following manner:

_____ By delivering a copy to the tenant(s) personally, in the presence of a witness

____ Because the tenant(s) were absent from their place of residence or from their usual place of business, by leaving a copy with _____ , a person of suitable age and discretion, at either place and mailing a copy to the tenant(s) at their place of residence or place of business

__X__ Because the place of residence or business could not be ascertained, or a person of suitable age or discretion could not be found there, by posting a copy in a conspicuous place on the property, delivering a copy to a person there residing, if the person could be found, and mailing a copy to the tenant(s) at the place where the property is situated

_Andrew Coons_
Server Name (Print)

Server Signature

$45.00
Fees paid for service

_8:15am 1/29/2010_
Time and date for service

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE NOTICE WAS PROVIDED ON THE DATE AND IN THE MANNER LISTED ABOVE.

_Quintin R. Stivers_
Witness Name (Print)

OR

_____
Tenant Signature

_Quintin R. Stivers_
Witness Signature

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: J. CHARLES COONS

8444 SWEET GALE CT.

LAS VEGAS NV 89178

To: MARILEE A RYAN ESQ.

LAW OFFICES OF MARILEE A RYAN

6136 ELTON AVE.

LAS VEGAS, NV 89107

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: J CHARLES COONS

8444 SWEET GALE CT.

LAS VEGAS NV 89178

To: CELESTINO & MARILYN POSTON

6624 BLACK OAKS ST.

NLV, NV 89084

PS Form 3817, April 2007 PSN 7530-02-000-9065

# EXHIBIT 4



**COMP**
J. CHARLES COONS, ESQ.
Nevada Bar No. 010553
8444 Sweet Gale Ct.
Las Vegas, NV 89178
jccoons@gmail.com

Attorney for Plaintiff
*Titanium Partners, LLC*

## JUSTICE COURT

## NORTH LAS VEGAS TOWNSHIP

| | |
|---|---|
| TITANIUM PARTNERS, LLC, a Nevada limited-liability company. | Case No.: 10EN228 |
| | Dept No.: 2 |
| Plaintiff. | **VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DECLARATORY RELEIF** |
| v. | |
| CELESTINO PASION, an individual; MADELYN PASION, an individual; ALL TENANTS, SUBTENANTS, AND OCCUPANTS of 6624 Black Oaks St., Las Vegas, NV 89084; and All DOES DEFENDANTS, I through X, inclusive. | |
| Defendant. | |

Plaintiff Titanium Partners, LLC ("Titanium Partners"), a Nevada Limited Liability Company, the above-named Plaintiff, by and through its counsel, J. Charles Coons, Esq., hereby complains against the above-named Defendants as follows:

## PARTIES

1.    Titanium Partners is limited liability company organized to do business under the laws of Nevada and has been, at all times relevant to this lawsuit, in good standing with the Secretary of State of Nevada.

2. Upon information and belief, Defendants. Celestino and Madelyn Pasion are, and have been at all times relevant to this lawsuit, Nevada residents living at the property commonly known as 6624 Black Oaks Street, North Las Vegas, 89084 (the "Property").

3. Upon information and belief, all the remaining Defendants are tenants. subtenants or occupants of the Property.

## GENERAL ALLEGATIONS

4. Titanium Partners is in the business of real estate investment and procurement.

5. Upon information and belief, Defendants Celestino and Madelyn Pasion reside at the Property.

6. Titanium Partners purchased the Property at a non-judicial foreclosure sale on January 4, 2010 and by virtue of a Trustee's Deed Upon Sale that was recorded on February 2, 2010, in Book 20040204, Instrument No: 201002020004004, with the Office of Recorder of Records for Clark County, NV. A true a correct copy of the Trustee's Deed Upon Sale is attached herein as **Exhibit 1** and is incorporated herein by reference. Defendants' unauthorized occupancy of the Property commenced on that date.

7. Defendants were in possession of the property at the time of the foreclosure sale and have been in possession of the Property since that date.

8. On January 4, 2010. Titanium Partners delivered a letter of notification to the Defendants informing them of the valid foreclosure sale and the option to contact Titanium Partners to negotiate an amicable transfer of the property.

9. On or about January 6, 2010, the Defendants contacted Titanium Partners and gave notice that they were represented by a Nevada attorney. When said attorney was contacted and served with Notice documentation, she denied representation for the Defendants and has denied all service or representation in this Unlawful Detainer action.

10. On January 25, 2010, Defendants were served, in accordance with N.R.S. § 40.280, with a THREE DAY NOTICE TO QUIT, pursuant to N.R.S. § 40.255. A true a correct

copy of the THREE DAY NOTICE TO QUIT is attached herein as **Exhibit 2** and is incorporated herein by reference.

11. On January 29, 2010, Defendants were served, in accordance with N.R.S. § 40.280, with a FIVE DAY UNLAWFUL DETAINER NOTICE, pursuant to N.R.S. § 40.250-251. A true a correct copy of the FIVE DAY UNLAWFUL DETAINER NOTICE is attached herein as **Exhibit 3** and is incorporated herein by reference.

## First Claim for Relief

## WRIT OF RESTITUTION AGAINST DEFENDANTS

12. Titanium Partners repeats and realleges each and every allegation continued in paragraphs 1 through 11 and incorporates the same herein by this reference.

13. Titanium Partners is the sole owner of the Property by virtue of purchasing the Property at a properly conducted, non-collusive foreclosure sale.

14. Titanium Partners served Defendants in the manner required by N.R.S. § 40.280 and gave proper notice pursuant to N.R.S. § 40.255 to vacate and quit the Property.

15. Defendants have refused to vacate the Property, but rather continue in possession without Titanium Partners' permission or consent, and contrary to the terms of Exhibits 1, 2 and 3.

16. Defendants are therefore guilty of Unlawful Detainer.

17. Titanium Partners is entitled to a temporary and permanent Writ of Restitution for the Property, that among other things, directs that the Defendants be removed from the Property.

18. Titanium Partners is further entitled to the reasonable rental value of the property as the Defendants have been in possession of the property from January 4, 2010 until the time Defendants vacate the property.

19. Titanium Partners has been required to retain the services of an attorney and is therefore entitled to their attorney fees in bringing this action.

## PRAYER FOR RELIEF

Wherefore, Titanium Partners accordingly prays for the following relief:

1.   On its first claim of relief, for a temporary and permanent writ of restitution for the Property, that among other things, remove Defendants from the Property; and

2.   That Titanium Partners be awarded reasonable attorney fees, plus costs of suit;

3.   That Titanium Partners receive reasonable rents from January 4, 2010 until Defendants vacate and deliver said property to Plaintiff, not to exceed $1,000.00;

4.   That this Court award Titanium Partners any other relief this Court deems appropriate.

Dated this ____ day of February, 2010.

J. Charles Coons, Esq.

By: _____

J. Charles Coons
Nevada Bar No. 10553
8444 Sweet Gale Ct.
Las Vegas, Nevada 89178
email: jccoons@gmail.com
*Attorney for Titanium Partners, LLC*

//
//
//
//
//
//
//
//
//
//
//

## VERIFICATION

State of Nevada )
)ss.
County of Clark )

I, J. Andrew Coons, do hereby verify that I am the person most knowledgeable at Titanium Partners, LLC, in Las Vegas, Nevada, that I have read the foregoing **VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DECLARATORY RELEIF**, and that the statements contained therein are to the best of knowledge, information and belief, true and correct.

J. Andrew Coons

SUBSCRIBED and SWORN to before me this 4th day of February 2010.

NOTARY PUBLIC



SHIBA SHAHMIRZADI
NOTARY PUBLIC · STATE OF NEVADA
COUNTY OF CLARK
APPT. No. 05-95700-1
MY APPT. EXPIRES APRIL 17, 2013

# EXHIBIT 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1 J. CHARLES COONS, ESQ.
Nevada Bar No. 010553
8444 Sweet Gale Ct.
2 Las Vegas, NV 89178
jccoons@gmail.com
3

Attorney for Plaintiff
4 *Titanium Partners, LLC*

5
**JUSTICE COURT**
6
**NORTH LAS VEGAS TOWNSHIP**
7

8 TITANIUM PARTNERS, LLC, a Nevada          Case No.: 10EN000228
limited-liability company,
9                                          Dept No.: 2
Plaintiff,
10                                         **ORDER GRANTING TEMPORARY**
v.                                         **WRIT OF RESTITUTION**
11

12 CELESTINO PASION, an individual;
MADELYN PASION, an individual; ALL
13 TENANTS, SUBTENANTS, AND
OCCUPANTS of 6624 Black Oaks St., Las
14 Vegas, NV 89084; and All DOES
DEFENDANTS, I through X, inclusive.
15
Defendant.
16

17      This matter having come on for hearing on March 8, 2010, at 2:00 p.m., in the above

18 entitled Court, J. Charles Coons, Esq., having appeared on behalf of the Plaintiff, and the

19 Defendant having appeared and based upon all the pleadings and papers on file herein, and good

20 cause appearing therefore, IT IS HEAREBY ORDERED that the Temporary Writ of Restitution

21 shall issue on March 18, 2010 at 5:00 p.m.

22

23      Dated this ___ day of March, 2010.

24

25

26

27                                    By: _____
28                                         JUSTICE OF THE PEACE


1