Entered on Docket
May 03, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 30 2010
U.S. BANKRUPTCY COURT
OAKLAND, CALIFORNIA

LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372

Attorneys for Moving Party
TITANIUM PARTNERS, LLC,
a Nevada limited liability company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

CELESTINO JURADO PASION,

Debtor.

Case No. 10-42931
Chapter 13
MH-01

ORDER LIFTING AUTOMATIC STAY-
11 U.S.C. SECTION 362(d) and CO-
DEBTOR STAY-11 U.S.C. SECTION
1301(c)

Date: April 30, 2010
Time: 11:00 a.m.

On April 30, 2010, the Motion of Titanium Partners, LLC to lift the automatic stay of 11 U.S.C. Section 362(d) and the co-debtor stay of 11 U.S.C. Section 1301(c) came on regularly for hearing. Appearances were made as stated on the record. Good cause appearing,

IT IS HEREBY ORDERED THAT:

(1) The automatic stay of 11 U.S.C. Section 362(d) is hereby terminated as to debtor Celestino Jurado Pasion and as to that certain real property located at 6624 Black Oaks Street, North Las Vegas, Nevada, now owned by Titanium Partners. Titanium Partners is authorized to execute the Temporary Writ of Restitution against debtor Celestino Jurado Pasion and Madelyn Pasion and as to that certain real property located at 6624 Black Oaks Street, North Las Vegas, Nevada, which Writ Titanium Partners obtained in its Verified Complaint for Unlawful Detainer and Declaratory Relief against the Pasions in Nevada state court.

(2) The co-debtor stay of 11 U.S.C. Section 1301(a) is lifted for cause pursuant to 11

1

Order

U.S.C. Section 1301(c) as to Madelyn Pasion.

(3) The fourteen day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

(4) This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

Dated: April 30, 2010.

Hon. Leslie Tchaikovsky
United States Bankruptcy Court Judge

*** END OF ORDER***

<u>Court Service List</u>

George Holland Jr.
Henri E. Norris
Law Office of George Holland Jr.
1970 Broadway, Suite 1030
Oakland, CA 94612

Celestino Jurado Pasion
Madelyn C. Pasion
32901 Alvarado Niles Road
Union City, CA 94587

Miriam Hiser
Law Offices of Miriam Hiser
550 Montgomery, Suite 650
San Francisco, CA 94111

Martha G. Bronitsky
Chapter 13 Trustee
P.O. Box 5004
Hayward, CA 94540-5004

Office of the U.S. Trustee
1301 Clay Street, Room 680N
Oakland, CA 94612

3

Case: 10-42931    Doc# 21    Filed: 04/30/10    Entered: 05/03/10 17:01:01    Page 3 of 3

Order
Case No. 10-42931