Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

TRUSTEE FOR DEBTOR(S)

Entered on Docket
May 26, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 26, 2010

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Celestino Jurado Pasion

debtor(s)

Chapter 13 Case No. 10-42931-LT
13

## ORDER REGARDING FAILURE OF DEBTOR(S)
## TO APPEAR AT MEETING OF CREDITORS

According to the Trustee's records, the debtor(s) in this Chapter 13 Case has/have

failed to appear at the first meeting of creditors as required by 11 U.S.C. Section 341(a). A

continued meeting of creditors shall be held on

Date:     June 17, 2010
Time:     9:00 am
Location: Office of the United States Trustee
          1301 Clay Street Suite 680N
          Oakland, CA 94612

Debtor(s) are hereby ordered to appear at this meeting.

Pursuant to 11 U.S.C Sections 105(a) and 1307(c), this case will be dismissed

without further notice or hearing if the debtor(s) fails to attend the continued meeting of

creditors and/or if the Chapter 13 Plan payments are not current.

END OF ORDER

| Court Service List |
|---|

Celestino Jurado Pasion
32901 Alvarado Niles Rd
Union City, CA  94587

(Debtor(s))

Holland Law Firm
1970 Broadway St #1030
Oakland,CA 94612

(Counsel for Debtor)