

**Signed: June 04, 2010**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re: Celestino Jurado Pasion

Case Number: 10-42931-T-13

Chapter: 13

Debtor(s).

## ORDER OF DISMISSAL

Debtor(s) having failed to comply with this Court's order dated, **5/18/2010**, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

## **END OF ORDER**

1        **COURT SERVICE LIST**

2

3    All Recipients

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28